# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR453-3-C |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| STONEY GRANT | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Motion by attorney Marc R. Lakin to Appear *Pro Hac Vice* on behalf of Defendant STONEY GRANT in this matter. It appearing that Marc R. Lakin is admitted to practice in the State of Michigan and in the United States District Court for the Eastern District of Michigan, and that local counsel Mark P. Foster, Jr., has been retained and made an appearance, the Court grants the motion.

**THEREFORE, IT IS ORDERED** that attorney Marc R. Lakin is specially admitted *pro hac vice* to represent Defendant STONEY GRANT in this case.

Signed: February 2, 2007

David C. Keesler
United States Magistrate Judge